UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-16858-SLM |
| | Chapter: 7 |
| **De Belli, Elsa L** | |
| **De Belli, Jose R** | Judge: Stacey L. Meisel |
| **Debtor(s).** | |

**NOTICE OF PROPOSED ABANDONMENT**

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Court |
|---|---|
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on June 12, 2018 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

    **84 Ray Street, Garfield, NJ 07026**
    $272,590

**Liens on property**:

    $262,712.44

**Amount of equity claimed as exempt:**

    $9,877.56

Objections must be served on, and requests for additional information directed to:

Rev. 8/1/15

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 18-16858-SLM
Elsa L De Belli                                                 Chapter 7
Jose R De Belli
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                Page 1 of 2          Date Rcvd: May 10, 2018
                             Form ID: pdf905            Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db/jdb         +Elsa L De Belli,   Jose R De Belli,   84 Ray Street,   Garfield, NJ 07026-3735
517440278       American Express,   PO BOX 1270,   Newark, NJ 07101-1270
517440280      +BARCLAY CARD,   PO BOX 13337,   Philadelphia, PA 19101-3337
517440281       Capital One Bank,   P.O. Box 6492,   Carol Stream, IL 60197-6492
517440282      +Capital One Bank,   PO BOX 30281,   Salt Lake City, UT 84130-0281
517440284      +Convergent Outsourcing,   PO BOX 9004,   Renton, WA 98057-9004
517440288       First Premier Bank,   PO BOX 5529,   Sioux Falls, SD 57117-5529
517440289      +First Premier Bank,   PO BOX 5519,   Sioux Falls, SD 57117-5519
517440291       Home Deport Credit Services,   P.O. Box 9001010,   Louisville, KY 40290-1010
517440293      +Mr. Cooper,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
517440295       Paypal Credit,   PO BOX 105658,   Atlanta, GA 30348-5658
517440297      +Sears,   P.O. Box 6286,   Sioux Falls, SD 57117-6286
517440298       Sears Card Services,   P.O. Box 13337,   Philadelphia, PA 19101-3337
517440299       Sears Credit Cards,   P.O. Box 78051,   Phoenix, AZ 85062-8051
517440300       Sears Mastercard,   P.O. Box 78051,   Phoenix, AZ 85062-8051
517440301       Sunrise Credit Services INC,   PO BOX 9100,   Farmingdale, NY 11735-9100
517440303       TARGET CARD SERVICES,   PO BOX 660170,   Dallas, TX 75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 10 2018 23:27:36      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2018 23:27:34      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517440279      +E-mail/Text: GenesisFS@ebn.phinsolutions.com May 10 2018 23:28:33
                 Bankcard Services/Milestone,   P.O. Box 4477,   Beaverton, OR 97076-4401
517440283       E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 23:34:50      Care Credit Synchrony Bank,
                 PO BOX 960061,   Orlando, FL 32896-0061
517440285       E-mail/Text: csd1clientservices@cboflanc.com May 10 2018 23:28:08
                 Credit Bureau Collection Division,   PO BOX 1271,   Lancaster, PA 17608-1271
517440286      +E-mail/Text: csivels@creditcorpsolutionsinc.com May 10 2018 23:28:25
                 Credit Corp Solutions, Inc,   180 Election Road, Suite 200,   Draper, UT 84020-6406
517440287      +E-mail/PDF: creditonebknotifications@resurgent.com May 10 2018 23:34:28      Credit One Bank,
                 PO BOX 98873,   Las Vegas, NV 89193-8873
517440290       E-mail/Text: bankruptcy@sccompanies.com May 10 2018 23:28:34      Ginny's,   1112 7th Avenue,
                 Monroe, WI 53566-1364
517440292       E-mail/Text: bkr@cardworks.com May 10 2018 23:26:49      Merrick Bank,   PO BOX 660702,
                 Dallas, TX 75266-0702
517440294       E-mail/Text: bcwrtoff@cablevision.com May 10 2018 23:28:23      Optimum,   1111 Stewart Avenue,
                 Bethpage, NY 11714-3581
517440296       E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 23:34:15      PC Richard  Synchrony Bank,
                 PO BOX 960061,   Orlando, FL 32896-0061
517441859      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 23:34:51      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517440302       E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 23:34:14      Synchrony Bank - Care Credit,
                 PO BOX 960061,   Orlando, FL 32896-0061
517440304       E-mail/PDF: gecsedi@recoverycorp.com May 10 2018 23:33:43      WALMART / SYNCHRONY BANK,
                 PO BOX 530927,   Atlanta, GA 30353-0927
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: May 10, 2018
                              Form ID: pdf905          Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
            Carlos A Ferrer    on behalf of Debtor Elsa L De Belli ngallego@alumferrer.com,   hq@alumferrer.com
            Carlos A Ferrer    on behalf of Joint Debtor Jose R De Belli ngallego@alumferrer.com,
             hq@alumferrer.com
            Donald V. Biase    dbiase4236@gmail.com,
             dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
            Kevin Gordon McDonald    on behalf of Creditor    US Bank National Association et. al
             kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```