Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

|  |  |
|---|---|
|  | Case No.: 18−16858−SLM |
|  | Chapter: 7 |
|  | Judge: Stacey L. Meisel |

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elsa L De Belli                         Jose R De Belli
84 Ray Street                          84 Ray Street
Garfield, NJ 07026                 Garfield, NJ 07026

Social Security No.:
   xxx−xx−2400                                    xxx−xx−9862

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/17/18 at 10:00 AM

to consider and act upon the following:

*11* − Reaffirmation Agreement Between Debtor and Nationstar Mortgage LLC d/b/a Mr. Cooper filed by Denise E. Carlon on behalf of US Bank National Association et. al. (Carlon, Denise)

Dated: 6/1/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Elsa L De Belli  
Jose R De Belli  
    Debtors

Case No. 18-16858-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 01, 2018  
                      Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.  
db          +Elsa L De Belli,   84 Ray Street,   Garfield, NJ 07026-3735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2018 at the address(es) listed below:
           Carlos A Ferrer    on behalf of Debtor Elsa L De Belli ngallego@alumferrer.com, hq@alumferrer.com
           Carlos A Ferrer    on behalf of Joint Debtor Jose R De Belli ngallego@alumferrer.com,
        hq@alumferrer.com
           Denise E. Carlon    on behalf of Creditor   US Bank National Association et. al
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Donald V. Biase    dbiase4236@gmail.com,
        dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
           Kevin Gordon McDonald    on behalf of Creditor   US Bank National Association et. al
        kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                            TOTAL: 6