

**Order Filed on July 26, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Elsa L De Belli and Jose R De Belli | Case No.: 18-16858-SLM<br>Chapter: 7<br>Hearing Date: July 17, 2018<br>Judge: Stacey L. Meisel |

## ORDER DISAPPROVING REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 26, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor(s):  Elsa L De Belli and Jose R De Belli

Case No.:  18-16858-SLM

Order Re:  Order Disapproving Reaffirmation Agreement

---

This matter having come before the court on a reaffirmation agreement between the debtor and Nationstar Mortgage LLC, it is

**ORDERED** that the Reaffirmation Agreement with Wells Fargo Bank, N.A. is

_____  **APPROVED**

  **XX**_____  **DISAPPROVED**