**Order Filed on July 26, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-16858-SLM |
|---|---|---|
| Elsa L De Belli and Jose R De Belli | Chapter: | 7 |
| | Hearing Date: | July 17, 2018 |
| | Judge: | Stacey L. Meisel |

## ORDER DISAPPROVING REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 26, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor(s):  Elsa L De Belli and Jose R De Belli

Case No.:  18-16858-SLM

Order Re:  Order Disapproving Reaffirmation Agreement

      This matter having come before the court on a reaffirmation agreement between the debtor and Nationstar Mortgage LLC, it is

      **ORDERED** that the Reaffirmation Agreement with Wells Fargo Bank, N.A. is

   _____  **APPROVED**

   **\_\_XX_____**  **DISAPPROVED**

United States Bankruptcy Court
District of New Jersey

In re:  
Elsa L De Belli  
Jose R De Belli  
    Debtors

Case No. 18-16858-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 27, 2018  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.  
db/jdb         +Elsa L De Belli,    Jose R De Belli,    84 Ray Street,    Garfield, NJ 07026-3735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                             Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:

         Carlos A Ferrer    on behalf of Debtor Elsa L De Belli ngallego@alumferrer.com,   hq@alumferrer.com  
         Carlos A Ferrer    on behalf of Joint Debtor Jose R De Belli ngallego@alumferrer.com, hq@alumferrer.com  
         Denise E. Carlon    on behalf of Creditor    US Bank National Association et. al dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Donald V. Biase    dbiase4236@gmail.com, dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com  
         Kevin Gordon McDonald    on behalf of Creditor    US Bank National Association et. al kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                      TOTAL: 6