**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Elsa L De Belli | Social Security number or ITIN  xxx–xx–2400 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jose R De Belli | Social Security number or ITIN  xxx–xx–9862 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–16858–SLM

## Order of Discharge           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Elsa L De Belli                                Jose R De Belli

8/3/18                                         **By the court:**  Stacey L. Meisel
                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 18-16858-SLM
Elsa L De Belli                                                     Chapter 7
Jose R De Belli
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                 Page 1 of 2          Date Rcvd: Aug 03, 2018
                               Form ID: 318                Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2018.
db/jdb         +Elsa L De Belli,    Jose R De Belli,    84 Ray Street,    Garfield, NJ 07026-3735
517440291       Home Depot Credit Services,    P.O. Box 9001010,    Louisville, KY 40290-1010
517440293      +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517440295       Paypal Credit,    PO BOX 105658,    Atlanta, GA 30348-5658
517440297      +Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
517440298       Sears Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
517440299       Sears Credit Cards,    P.O. Box 78051,    Phoenix, AZ 85062-8051
517440300       Sears Mastercard,    P.O. Box 78051,    Phoenix, AZ 85062-8051
517440301       Sunrise Credit Services INC,    PO BOX 9100,    Farmingdale, NY 11735-9100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2018 23:40:55     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2018 23:40:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517440278       EDI: AMEREXPR.COM Aug 04 2018 03:13:00     American Express,    PO BOX 1270,
                 Newark, NJ 07101-1270
517440280      +EDI: TSYS2.COM Aug 04 2018 03:13:00     BARCLAY CARD,    PO BOX 13337,
                 Philadelphia, PA 19101-3337
517440279      +EDI: PHINGENESIS Aug 04 2018 03:13:00     Bankcard Services/Milestone,    P.O. Box 4477,
                 Beaverton, OR 97076-4401
517440282      +EDI: CAPITALONE.COM Aug 04 2018 03:13:00     Capital One Bank,    PO BOX 30281,
                 Salt Lake City, UT 84130-0281
517440281       EDI: CAPITALONE.COM Aug 04 2018 03:13:00     Capital One Bank,    P.O. Box 6492,
                 Carol Stream, IL 60197-6492
517440283       EDI: RMSC.COM Aug 04 2018 03:13:00     Care Credit Synchrony Bank,    PO BOX 960061,
                 Orlando, FL 32896-0061
517440284      +EDI: CONVERGENT.COM Aug 04 2018 03:13:00     Convergent Outsourcing,    PO BOX 9004,
                 Renton, WA 98057-9004
517440285       E-mail/Text: csd1clientservices@cboflanc.com Aug 03 2018 23:41:28
                 Credit Bureau Collection Division,    PO BOX 1271,    Lancaster, PA 17608-1271
517440286      +E-mail/Text: csivels@creditcorpsolutionsinc.com Aug 03 2018 23:41:51
                 Credit Corp Solutions, Inc,    180 Election Road, Suite 200,    Draper, UT 84020-6406
517440287      +EDI: RCSFNBMARIN.COM Aug 04 2018 03:13:00     Credit One Bank,    PO BOX 98873,
                 Las Vegas, NV 89193-8873
517440289      +EDI: AMINFOFP.COM Aug 04 2018 03:13:00     First Premier Bank,    PO BOX 5519,
                 Sioux Falls, SD 57117-5519
517440288       EDI: AMINFOFP.COM Aug 04 2018 03:13:00     First Premier Bank,    PO BOX 5529,
                 Sioux Falls, SD 57117-5529
517440290       EDI: CBS7AVE Aug 04 2018 03:13:00     Ginny's,    1112 7th Avenue,    Monroe, WI 53566-1364
517440292       EDI: MERRICKBANK.COM Aug 04 2018 03:13:00     Merrick Bank,    PO BOX 660702,
                 Dallas, TX 75266-0702
517440294       E-mail/Text: bcwrtoff@cablevision.com Aug 03 2018 23:41:48     Optimum,    1111 Stewart Avenue,
                 Bethpage, NY 11714-3581
517440296       EDI: RMSC.COM Aug 04 2018 03:13:00     PC Richard  Synchrony Bank,    PO BOX 960061,
                 Orlando, FL 32896-0061
517441859      +EDI: RMSC.COM Aug 04 2018 03:13:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517440302       EDI: RMSC.COM Aug 04 2018 03:13:00     Synchrony Bank - Care Credit,    PO BOX 960061,
                 Orlando, FL 32896-0061
517440303       EDI: WTRRNBANK.COM Aug 04 2018 03:13:00     TARGET CARD SERVICES,    PO BOX 660170,
                 Dallas, TX 75266-0170
517440304       EDI: RMSC.COM Aug 04 2018 03:13:00     WALMART / SYNCHRONY BANK,    PO BOX 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin                 Page 2 of 2                  Date Rcvd: Aug 03, 2018
                              Form ID: 318                Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2018 at the address(es) listed below:
              Carlos A Ferrer    on behalf of Debtor Elsa L De Belli ngallego@alumferrer.com,   hq@alumferrer.com
              Carlos A Ferrer    on behalf of Joint Debtor Jose R De Belli ngallego@alumferrer.com,
               hq@alumferrer.com
              Denise E. Carlon    on behalf of Creditor    US Bank National Association et. al
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Kevin Gordon McDonald    on behalf of Creditor    US Bank National Association et. al
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```